No. 88–6862.  ROARK *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 88–6864.  UBIDE *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 88–6867.  LIS *v.* WOLINSKI ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–6869.  LOCKHART *v.* WADE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–6874.  JOHNSON *v.* WHITE.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 88–6877.  SMITH *v.* KELSO, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 88–6883.  HAYES *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 88–6886.  FILOON *v.* WORKMEN'S COMPENSATION APPEAL BOARD.  Pa. Commw. Ct.  Certiorari denied.

No. 88–6888.  SANDERS *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6892.  SMITH *v.* MASCHNER ET AL.  Ct. App. Kan.  Certiorari denied.

No. 88–6907.  BAKER *v.* SINGLETON.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 88–6918.  NUBINE *v.* HOUSTON CITY POLICE DEPARTMENT.  C. A. 5th Cir.  Certiorari denied.

No. 88–6919.  TAPIA *v.* SEGURA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 88–6922.  ALKHOVSKY *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.